UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY HANNON,

    Plaintiff,

Case No: 2:13-cv-247

HON. ROBERT HOLMES BELL

JEFFREY WOODS, et al.,

    Defendants.
_____/

**ORDER APPROVING AND ADOPTING
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

On September 19, 2016, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Plaintiff be barred from calling any witnesses at trial other than himself and that Plaintiff be entitled to seek punitive damages at trial. (R&R, ECF No. 121.)  The R&R notified the parties that any objections must be filed within 14 days of receipt of the R&R. More than 14 days have elapsed since the date of the R&R and no objections have been filed. The Court has reviewed the R&R and concludes that it makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the September 19, 2016, R&R (ECF No. 121) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall be barred from calling any witnesses at trial other than himself.

**IT IS FURTHER ORDERED** that Plaintiff shall be entitled to seek punitive damages at trial.


Date: <u>November 10, 2016</u>              <u> /s/ Robert Holmes Bell            </u>
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE